Filed 6/29/23  P. v. Walker CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Colusa)

----

| | |
|---|---|
| THE PEOPLE, | C097670 |
| Plaintiff and Respondent, | (Super. Ct. No. CR64393) |
| v. | |
| SOPHIA CHRISTINE WALKER, | |
| Defendant and Appellant. | |

Defendant Sophia Christine Walker pled no contest to bringing methamphetamine into jail.  Defendant's appointed counsel filed an opening brief raising no issues and asking this court to independently review the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  Having done so, we affirm.

BACKGROUND

Defendant stipulated to the pre-plea report as the factual basis for her plea.  In August 2022, defendant surrendered herself to Colusa County jail.  At intake, she said she was pregnant and declined an X-ray body scan.  Later that day, another inmate reported defendant brought "something" into the jail.  A subsequent body scan and strip

1

search revealed she had two baggies containing 8.43 grams of methamphetamine secreted on her person.

The defendant was charged with bringing a controlled substance into jail.

Defendant pled no contest.

The trial court sentenced defendant to the middle term of three years in prison, imposed a $300 restitution fine, a $40 court operations fee, and a $30 conviction assessment fee.

## DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief setting forth the facts of the case and, pursuant to *People v. Wende, supra*, 25 Cal.3d 436, requesting the court to review the record and determine whether there are any arguable issues on appeal. Counsel advised defendant of the right to file a supplemental brief within 30 days of the date of filing of the opening brief, and she has not done so.

After independently reviewing the record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

/s/
MESIWALA, J.

We concur:


/s/
HULL, Acting P. J.


/s/
MAURO, J.